Robert S. Green (State Bar No. 136183)
James Robert Noblin (State Bar No. 114442)
Emrah M. Sumer (State Bar No. 329181)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DAKIN, DEBORAH DESPAIN and MARILYN CURREN, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HORMEL FOODS SALES, LLC, and HORMEL FOODS, LLC,<br><br>　　　　　Defendants. | Case No.:  3:21-cv-06085-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

|   |   |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that Plaintiffs DIANE DAKIN, DEBORAH DESPAIN and MARILYN CURREN (collectively "Plaintiffs"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice and voluntarily dismiss without prejudice their claims in the above-captioned action against Defendants HORMEL FOODS SALES, LLC, and HORMEL FOODS, LLC, (collectively "Defendants").  Plaintiffs have <u>not</u> previously dismissed any state or federal court action based on or including the same claims against the Defendants. Defendants have not filed an answer or motion for summary judgment. |

DATED:  November 17, 2021            **GREEN & NOBLIN, P.C.**


By:   */s/ Robert S. Green*
           Robert S. Green

James Robert Noblin
Emrah M. Sumer
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
Email:  gnecf@classcounsel.com

Attorneys for Plaintiffs

-1-

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:21-cv-06085-JCS

00120327.000